# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM A. QUINN,<br><br>       Plaintiff,<br><br>    v.<br><br>CENTERPLATE; BON APPETIT,<br><br>       Defendants. | Case No. 14-cv-01254 NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

On July 14, 2014, Centerplate moved to dismiss pro se plaintiff William Quinn's first amended complaint. Dkt. No. 33. Centerplate served the motion on Quinn by mail on the same day. *Id.* at 13. On July 18, 2014, Bon Appetit also filed a motion to dismiss the first amended complaint, or in the alternative, for a more definite statement, and served the motion on Quinn by mail. Dkt. No. 34.

Civil Local Rule 7-3(a) requires parties to file and serve an opposition within fourteen days after a motion is filed. In the alternative, a party who does not oppose the motion must file a statement of nonopposition with the Court within fourteen days. Civ. L.R. 7-3(b). Where, as in this case, the motion was not served through the Court's Electronic Case Filing (ECF) system, these deadlines are extended by 3 days. Civ. L.R. 7-3(a). Accordingly, Quinn's response to Centerplate's motion was due by July 31, 2014, and his response to Bon Appetit's motion was due by August 4, 2014. Quinn has not filed a response to either

1  motion.  "Failure to follow a district court's local rules is a proper ground for dismissal."
2  *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995).  Accordingly, Quinn has until August 22,
3  2014, to oppose defendants' motions to dismiss (or file a statement of nonopposition) and to
4  show cause why this action should not be dismissed.  Quinn's failure to respond will result
5  in dismissal of this case with prejudice.

6     IT IS SO ORDERED.

7     Date: August 11, 2014

                                            Nathanael M. Cousins
8                                              United States Magistrate Judge